**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Counselman Automotive Recycling, LLC
c/o James G. Counselman, Registered Agent
3019 St. Stephens Road
Mobile, AL 36612

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9323 5002 7126 22

2. Article Number (Transfer f...
9589 0710 5270 2527 9395 56

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Catharina Atkin_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Catharina Atkins    11/17/2025

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

MOBILE, AL 366

IN MON 2025AM 2 L

9590 9402 9323 5002 7126 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

LOPER LAW LLC
452 Government Street
Suite E
Mobile, Alabama 36602
(251) 288-8308