IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEN LEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. A. NO. 25-0443-TFM-MU |
| | ) |
| COUNSELMAN AUTOMOTIVE RECYCLING, LLC, | ) |
| | ) |
| Defendant. | ) |

<u>RULE 16(b) SCHEDULING ORDER</u>

The following schedule is tailored to meet the particular circumstances of this case, which is one based on the Fair Labor Standards Act ("FLSA"). Consistent with the just, speedy, and inexpensive administration of justice, *see* Fed. R. Civ. P. 1, the following is **ORDERED**:

1. The provisions of Rule 26(a)(1), concerning initial disclosures, are hereby **WAIVED**.

2. No later than **February 12, 2026 (3 weeks or 21 days from the date of entry of this Order)**, Plaintiff shall answer the Court's Interrogatories (attached to this Order) under oath or penalty of perjury, serve a copy on Defendant, and file the answers with the Court entitled "Notice of Filing Answers to Court's Interrogatories."

3. No later than **March 5, 2026 (3 weeks or 21 days from the date in paragraph 2)**, Defendant shall serve on Plaintiff and file with the Court a Verified Summary of all hours worked by Plaintiff during each relevant pay period, the rate of pay, and wages paid, including overtime pay, if any. Also, no later than **March 5, 2026,** Defendant shall serve on Plaintiff, ***but not file with the Court***, a copy of all time sheets

and payroll records that support or relate to the time periods in the Verified Summary.

4. No later than **April 2, 2026 (4 weeks or 28 days from the date in paragraph 3)**, counsel for Plaintiff and counsel for Defendant shall meet and confer in person in a good-faith effort to settle all pending issues, including attorneys' fees and costs. While no agreement, including one as to attorneys' fees and costs, shall be binding until approved by the Court, prior to their meet-and-confer, counsel shall have secured full authority to settle and shall set aside sufficient time for a thorough, detailed, and meaningful conference that is calculated to fully resolve the case by agreement.

5. No later than **April 9, 2026 (1 week or 7 days from the date in paragraph 4)**, counsel shall jointly file a Report Regarding Settlement that notifies the Court whether: (1) the parties have settled the case; (2) the parties have not settled but wish to continue settlement discussions for a specific period of time; (3) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date; (4) either party requests a settlement conference before the United States Magistrate Judge who, upon consent of the parties, shall have the authority to approve the settlement as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982), without additional filings made by the parties; or (5) the parties have exhausted all settlement efforts and will immediately update the Rule 26(f) Report previously filed.

6. If the parties are able to agree on settlement in this case, they are directed to submit through email (Efile_Murray@alsd.uscourts.gov) - not through a filing with the Court - the terms of the resolution of this case no later than **April 23, 2026 (2 weeks or**

**14 days from the deadline in paragraph 5).**

      7. Until further order of this Court, all discovery in this case is **STAYED**, except as provided in this Order.

      8. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

      **DONE** and **ORDERED** this the **22nd** day of **January, 2026**.

                                    s/P. BRADLEY MURRAY
                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEN LEGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. A. NO. 25-0443-TFM-MU |
| | ) | |
| COUNSELMAN AUTOMOTIVE RECYCLING, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **THE COURT'S INTERROGATORIES TO THE PLAINTIFF**

1. During what period of time were you employed by Defendant?

2. Who was your immediate supervisor?

3. Did you have a regularly scheduled work period? If so, specify.

4. What was your title or position? Briefly describe your job duties.

5. What was your regular rate of pay?

6. Provide an accounting of your claim, including:

(a) Dates

(b) Regular hours worked

(c) Over-time hours worked

(d) Pay received versus pay claimed

(e) Total amount claimed

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

8. Was this complaint written or oral? (If a written complaint, please attach a copy.)

9. What was your employer's response? (If a written response, please attach a copy.)

STATE OF ALABAMA
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day, personally appeared _____, who being first duly sworn, deposes and says that he/she read the foregoing Answers to the Court's Interrogatories to Plaintiff, knows the content of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20__.

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgement
Print Name: _____
Title: Notary Public
Serial No. (if any): _____
Commission Expires: _____